# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Jay A Iverson  
      <u>Debtor(s)</u>

BKY. NO. 14-00010 JJT

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6105

                      Respectfully submitted,

                      **/s/ Thomas Puleo**  
                      Thomas Puleo, Esquire  
                      James C. Warmbrodt, Esquire  
                      KML Law Group, P.C.  
                      701 Market Street, Suite 5000  
                      Philadelphia, PA 19106-1532  
                      (215) 825-6306  FAX (215) 825-6406  
                      Attorney for Movant/Applicant